454 A.2d 179

Commonwealth v. Monteleone, Appellant.

Submitted February 17, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The judgment of sentence is affirmed.